**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6558**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

RICHARD L. DIXON, a/k/a E, a/k/a Earl,

                    Defendant – Appellant.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  John T. Copenhaver,
Jr., District Judge. (2:96-cr-00191-1)

Submitted: September 15, 2010        Decided: October 1, 2010

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard L. Dixon, for Appellant Pro Se.   John J. Frail,
Assistant United States Attorney, Charleston, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard L. Dixon appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction, as well as its order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. United States v. Dixon, No. 2:96-cr-00191-1 (S.D.W. Va. filed June 29, 2009 & entered June 30, 2009; Mar. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2